```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:
                                                                            14-MD-2543 (JMF)
GENERAL MOTORS LLC IGNITION SWITCH LITIGATION                               14-MC-2543 (JMF)

This Document Relates to All Actions                                        ORDER NO. 76
------------------------------------------------------------------------x
```

JESSE M. FURMAN, United States District Judge:

On August 7, 2015 New GM filed a motion to dismiss, without prejudice, the claims of several personal injury and wrongful death plaintiffs ("Plaintiffs") who had failed to submit substantially complete plaintiff fact sheets ("PFSs") as required by Order No. 25. (14-MD-2543 Docket No. 1234). Pursuant to that Order, Plaintiffs had fourteen days — until August 21, 2015 — to file responses either certifying submission of a completed PFS or opposing New GM's motion for other reasons. (14-MD-2543 Docket No. 422). New GM filed a reply on August 28, 2015, naming Plaintiffs who failed to submit any response within the required time period. (14-MD-2543 Docket No. 1302). (A list of those Plaintiffs is attached to this Order as **Exhibit A**.)

In light of Plaintiffs' continued failure to submit substantially complete PFSs as required by Order No. 25, the claims of Plaintiffs on Exhibit A are hereby DISMISSED without prejudice. Should any Plaintiff submit all required documentation within the next thirty days, or otherwise have a basis to contest this dismissal, he or she may move to vacate the dismissal pursuant to Paragraph 25 of Order No. 25.

The Clerk of Court is directed to terminate 14-MD-2543 Docket No. 1234.

SO ORDERED.

Dated: August 28, 2015
       New York, New York

                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge

# Exhibit A

| Case | Plaintiff | Discovery Outstanding |
|---|---|---|
| Bermudez, et al. v. General Motors LLC 1:15-cv-02644 | Davis, Patricia | PFS; Declaration; Authorizations; Requested Documents |
| Doerfler-Bashucky v. General Motors LLC 1:15-cv-03770 | Doerfler-Bashucky, Helen | PFS; Declaration; Authorizations; Requested Documents |
| King v. General Motors LLC, et al. 1:15-cv-03229 | King, Deborah | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Atkins, Haylee L. | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Atkins, Jonathan | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Bailey, Charmaine | Requested Documents |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Booker, Edith | Requested Documents |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Bryant, Christine | Declaration; Authorizations |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Carter, Cathy | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Chilcoat, David | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Clicquot, Phillip | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Dukes, Emanuel, Jr. | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Dziuba, Charles | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Fuller, Dezmon | Declaration; Authorizations |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Fuller, Dezmon Demar | Declaration; Authorizations |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Goodlow, Talisha | Requested Documents |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Green, Allen | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Johnson, Beverly | Requested Documents |
| Morgan, et al. v. General Motors LLC 1:15-cv-02844 | Jones, Willie C. | Requested Documents |

# Exhibit A: Plaintiffs With Discovery Outstanding Per MDL Order No. 25

| Case | Plaintiff | Discovery Outstanding |
|---|---|---|
| Morgan, et al. v. General Motors LLC<br>1:15-cv-02844 | Loc, Brayan | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC<br>1:15-cv-02844 | Lowe, Sara | Requested Documents |
| Morgan, et al. v. General Motors LLC<br>1:15-cv-02844 | Mathew, Townia | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC<br>1:15-cv-02844 | McClendon, Howared | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC<br>1:15-cv-02844 | Mojica, Delila | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC<br>1:15-cv-02844 | Morgan, Kimberly | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC<br>1:15-cv-02844 | Newman, George | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC<br>1:15-cv-02844 | Smith, Juli | Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC<br>1:15-cv-02844 | Thompson, Justin | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC<br>1:15-cv-02844 | Villegas, Maribel | PFS; Declaration; Authorizations; Requested Documents |
| Morgan, et al. v. General Motors LLC<br>1:15-cv-02844 | Ware, Joseph | Requested Documents |
| Singleton v. Doe, et al.<br>1:15-cv-02634 | Singleton, Angela | PFS; Declaration; Authorizations; Requested Documents |
| Solomon v. General Motors LLC<br>1:15-cv-04644 | Solomon, James Kirk | PFS; Declaration; Authorizations; Requested Documents |
| Vargas Ortiz v. General Motors Company, et al.<br>1:15-cv-04640 | Vargas Ortiz, Pedro J. | PFS; Declaration; Authorizations; Requested Documents |
| Williams, et al., v. General Motors LLC<br>1:15-cv-03272 | Williams, James | PFS; Declaration; Authorizations; Requested Documents |
| Williams, et al., v. General Motors LLC<br>1:15-cv-03272 | Williams, Steven Douglas | PFS; Declaration; Authorizations; Requested Documents |