UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates to All Actions*

-------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

The status conference scheduled for December 18, 2019 at 9:30 a.m. EST will take place in the Court's usual courtroom — Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. Counsel and others planning to attend the conference are cautioned, however, that significant elevator maintenance is underway in the courthouse. **Thus, attendees should plan to arrive well in advance of the scheduled to ensure that they are in the Courtroom on time for the conference**.

Per its usual procedures, the Court will use CourtCall for the conference. Anyone wishing to use CourtCall to participate in, or listen to, the conference should follow the procedures set forth in Order No. 19 (ECF No. 350). No later than 1:00 p.m. on December 17, 2019, Lead Counsel and counsel for New GM shall provide Chambers with a list of any participants who should be granted speaking privileges for the conference. Unless the Court orders otherwise for good cause shown by letter motion in advance of the conference, all other CourtCall participants will be in listen-only mode.

SO ORDERED.

Dated: December 10, 2019
      New York, New York

_____
JESSE M. FURMAN
United States District Judge