```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:
                                                              14-MD-2543 (JMF)
GENERAL MOTORS LLC IGNITION SWITCH              14-MC-2543 (JMF)
LITIGATION
                                                              ORDER NO. 166
*This Document Relates to All Actions*

------------------------------------------------------------------------x
```

JESSE M. FURMAN, United States District Judge:

**[Regarding the December 18, 2019 Status Conference]**

The Court, having held a status conference on December 18, 2019, and having given counsel an opportunity to be heard on the agenda items set forth in the parties' tentative agenda letter (ECF No. 7619), as well as the Court's December 16, 2019 Order (ECF No. 7626), issues this Order to memorialize the actions taken and rulings made at the status conference.

I.      **NEXT STATUS CONFERENCE**

A status conference will be held **Friday, January 31, 2020, at 9:30 a.m. EST** in Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

II.     **PLAINTIFF SUNITA BHANDARI**

Consistent with the Court's comments at the status conference, by **Wednesday, January 8, 2020**, New GM and counsel for plaintiff Sunita Bhandari will submit a joint letter proposing next steps for Ms. Bhandari's claims.

III.    **LANGDON PLAINTIFF ISSUES**

Consistent with the Court's comments at the status conference, New GM shall include in the joint monthly related case update letter an update regarding the status of the aggregate settlement with the Langdon firm.

**IV.     NEXT STEPS FOR THE PERSONAL INJURY CLAIMS**

Consistent with the Court's comments at the status conference, by **Wednesday, January 15, 2020**, Lead Counsel and New GM shall submit a joint proposal or competing proposals regarding next steps for the remaining personal injury plaintiffs, including any plaintiffs represented by the Langdon firm who are not eligible to participate in an aggregate settlement.

**V.     MOTIONS TO VACATE THE COURT'S NOVEMBER 21, 2019 ORDER**

Consistent with the procedures set forth in Order No. 72 (ECF No. 1237), New GM shall file a consolidated response to the Conner Plaintiffs' motion to vacate (ECF No. 7628) and any other timely motion that may be filed relating to the Court's November 21, 2019 order (ECF No 7474) by **Monday, January 6, 2020**. Plaintiffs' reply, if any, shall be filed by **Monday, January 13, 2020**.

**VI.     NEXT STEPS FOR THE ECONOMIC LOSS CLAIMS**

Consistent with the Court's comments at the status conference, by **Wednesday, January 15, 2020**, Lead Counsel and New GM shall submit a joint proposal or competing proposals regarding next steps for the economic loss plaintiffs.

SO ORDERED.

Dated:  December 30, 2019
     New York, New York

JESSE M. FURMAN
United States District Judge