UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates to All Actions*

---------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

After six years of litigation in this multi-district litigation ("MDL") — including multiple bellwether trials, untold rounds of motion practice, and nearly eight thousand docket entries — the end is in sight. The Court has granted preliminary approval to a proposed settlement that would resolve all economic loss claims and found that it "will likely be able to grant final approval." ECF No. 7877, ¶ 1. And putting aside cases that have been settled in principle or are subject to a pending motion to withdraw by counsel, there are only a dozen or so personal injury or wrongful death plaintiffs that remain. General discovery has been completed. And what had been a steady stream of newly filed cases has slowed to a trickle, if not halted altogether.

In light of the advanced stage of the proceedings and the slim likelihood that further relevant cases will be filed, the Court is inclined to suggest to the Judicial Panel on Multidistrict Litigation that it decline to transfer and consolidate further tag-along cases effective June 1, 2020. No later than **May 11, 2020**, any party objecting to that proposal shall file a letter explaining the nature of the objection on ECF.

SO ORDERED.

Dated: May 4, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge