```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE:

GM LLC IGNITION SWITCH LITIGATION                    14-MD-2543 (JMF)

This Documents Relates To:                           ORDER NO. 176
All Actions

-----------------------------------------------------------------------x
```

JESSE M. FURMAN, United States District Judge:

**[Regarding Monthly Reporting on Active and Related Cases]**

Upon consideration of Lead Counsel and New GM's proposed order, and for good cause shown in light of the volume of Active personal injury and wrongful death cases remaining in the MDL, it is hereby ORDERED that:

1. The parties are relieved of their obligation to submit a Monthly Update pursuant to Order No. 175 (Docket No. 8349).

2. The parties shall update the Court if and when there are any material new developments.

SO ORDERED.

Dated:  May 24, 2021
        New York, New York

_____
JESSE M. FURMAN
United States District Judge