```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH
LITIGATION                                              14-MD-2543 (JMF)

This Document Relates to:                               ORDER NO. 177
 All Actions


---------------------------------------------------------------------------x
```

JESSE M. FURMAN, United States District Judge:

### SUGGESTION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION CONCERNING FUTURE TAG-ALONG CASES

On July 12, 2021, after considering the proposals of New GM and Lead Counsel, the Court determined that it would in three months suggest that the Judicial Panel on Multidistrict Litigation ("JPML") cease transferring cases to MDL 2543. (ECF No. 8563.) For substantially the reasons stated in Lead Counsel's proposal (ECF No. 8562) and for good cause shown, it is hereby SUGGESTED that the JPML decline to transfer and consolidate tag-along cases to MDL 2543.

The Clerk of Court is directed to send a copy of this Order to the Judicial Panel on Multidistrict Litigation.

SO SUGGESTED.

Dated: October 6, 2021  
       New York, New York                       _____  
                                                JESSE M. FURMAN  
                                                United States District Judge