```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH
LITIGATION                                                                      14-MD-2543 (JMF)

*This Document Relates to:*                                                     **ORDER NO. 178**
 All Actions


---------------------------------------------------------------------------x
```

JESSE M. FURMAN, United States District Judge:

When this MDL began, the Court entered Orders permitting parties to file related cases directly in this District, even if venue would otherwise be improper. *See* Order No. 1, Docket No. 19; Order No. 8, Docket No. 249. Now that the Court has suggested to the Judicial Panel on Multidistrict Litigation ("JPML") that it cease transferring cases, *see* Order No. 177, Docket No. 8621, and the JPML has suspended notification of potential tag-along cases to this MDL, *see* MDL 2543 Docket No. 1361, the Court hereby RESCINDS permission to file any case directly in the Southern District of New York if venue is not otherwise proper in this District.

SO ORDERED.

Dated: October 15, 2021
       New York, New York
                                             JESSE M. FURMAN
                                        United States District Judge